UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| CHAWNETTA MOORE, | : | VIOLATION: |
| | : | 18 U.S.C. § 111(a)(1) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers or Employees) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about January 16, 2019, within the District of Columbia, **CHAWNETTA MOORE**, did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Deputy United States Marshal Michael Maradin, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
NIHAR MOHANTY
Assistant United States Attorney
D.C. Bar No. 436686
Violent Crimes and Narcotics Trafficking Section
555 4th Street, NW, 4th Floor
Washington, D.C. 20530
(202) 252-7700
Nihar.Mohanty@usdoj.gov